**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1121**

_____

MARTO FAHARDO, a/k/a Marto Doe, a/k/a Marto Fajardo, a/k/a Marto Aroldo
Diaz Fajardo,

            Petitioner,

    v.

JEFFERSON B. SESSIONS III, Attorney General,

            Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.

_____

Submitted: August 29, 2017                Decided: September 13, 2017

_____

Before TRAXLER, KING, and FLOYD, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Arnedo S. Valera, LAW OFFICES OF VALERA & ASSOCIATES, Fairfax, Virginia,
for Petitioner. Chad A. Readler, Acting Assistant Attorney General, Keith I. McManus,
Assistant Director, Rosanne M. Perry, Office of Immigration Litigation, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marto Fahardo, a native and citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals dismissing his appeal from the immigration judge's denial of his requests for asylum, withholding of removal, and protection under the Convention Against Torture.[*] We have reviewed the record, including the transcript of Fahardo's merits hearing and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision, *see INS v. Elias-Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Fahardo* (B.I.A. Dec. 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] The Board issued this order after this court granted the Attorney General's unopposed motion to remand Fahardo's case to the Board for further consideration.